JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEVEN E. SEITZ (NYSBN 4408415)
Special Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5080
   Facsimile: (408) 535-5081
   steven.seitz@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00633-JF |
|    Plaintiff, | |
|    v. | NOTICE OF DISMISSAL |
| EDUARDO ZUNIGA-GUTIERREZ, | |
|    Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice as to defendant Eduardo Zuniga-Gutierrez.

DATED:   1/8/10                Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      ___/s/_____
                                      STEVEN E. SEITZ
                                      Special Assistant United States Attorney

NOTICE OF DISMISSAL - CR 08-00633-JF

1  Leave of Court is granted to the government to dismiss that information without prejudice as to
2  defendant Eduardo Zuniga-Gutierrez.
3
4  Date:  1/14/10
                                                    _____
5                                                   JEREMY FOGEL
                                                    United States District Judge

NOTICE OF DISMISSAL - CR 08-00633-JF    2